IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEE LOGGINS, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:08-00780 |
| | ) JUDGE HAYNES |
| ROBERT M. GATES, Secretary, Department of Defense, | ) |
|     Defendant. | ) |

### ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 18th day of August, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge